# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00544-CV

**Benuvia Holdings, LLC, Appellant**

**v.**

**Next Frontier Holdings, Inc. and Benuvia, Inc., Appellees**

### FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 23-1914-C368
### THE HONORABLE SARAH SOELDNER BRUCHMILLER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Benuvia Holdings, LLC has filed an agreed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Agreed Motion

Filed: October 25, 2024